**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2148**

LA TRICIA HARDY,

             Plaintiff – Appellant,

      v.

VERIZON,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   J.  Frederick  Motz,  Senior  District
Judge.  (8:12-cv-02095-JFM)

Submitted: January 28, 2014        Decided:  February 6, 2014

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

La Tricia Hardy, Appellant Pro Se. Patricia Victoria Calomeris,
ANDERSON & QUINN, Rockville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

La Tricia Hardy appeals the district court's order granting summary judgment to the Defendant in her action under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et. seq. (2012) and denying her motion to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hardy v. Verizon, No. 8:12-cv-02095-JFM (D. Md. Aug. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED